948 A.2d 1271

IN THE MATTER OF SAUL A. BERKMAN,
AN ATTORNEY AT LAW.

June 13, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–281, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(A)(E), **SAUL A. BERKMAN** of **WASHINGTON TOWNSHIP,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months based on discipline imposed in the state of New York for conduct that in New Jersey violates *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the matter that a nine-month suspension from practice is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **SAUL A. BERKMAN** is suspended from the practice of law for a period of nine months, effective July 14, 2008, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.